JOSE R. LAGOS, Appellant, v PATSY S. FUCALE et al., Respondents.

Submitted December 12, 2016; decided February 14, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 65 AD3d 434 [2009], *lv dismissed* 14 NY3d 748 [2010]).

Judge WILSON taking no part.

LAW OFFICES OF THOMAS F. LIOTTI, LLC, et al., Appellants, v STATE OF NEW YORK et al., Respondents, et al., Defendant.

Submitted January 9, 2017; decided February 14, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 908 (2016)].

Judge WILSON taking no part.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

CHARLES D. NORTH, as Executor of RALPH P. NORTH, Respondent, v AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC., et al., Defendants, NATIONAL GRID GENERATION, LLC, Respondent, and O'CONNOR CONSTRUCTORS, INC., Appellant.

Submitted January 9, 2017; decided February 14, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge WILSON taking no part.